1  ANDREW D. CASTRICONE (SBN: 154607)
   AMY MACLEAR (SBN: 215638)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys For: Defendants
6  DOREEN CHIU, FRANK CHIU, and DAVID CHAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 ROBERT I. HANFLING, CHAPTER 7         CASE NO. C 05-01141 BZ
   TRUSTEE FOR ATG, INC.,
11
                         Plaintiff       **STIPULATION AND [PROPOSED]**
12                                       **ORDER TO EXTEND TIME TO**
                   vs.                   **RESPOND TO COMPLAINT**
13
   DOREEN CHIU, FRANK CHIU, GEORGE
14 DOUBLEDAY, DAVID CHAN, EDWARD
   VINECOUR, RIO CHAO, DAVID R.          Date Action Filed: March 21, 2005
15 SEBASTIAN, JAMES E. THOMAS, DENNIS
   WILLIAMSON, ERIC C. SU, FRED
16 FEIZOLLAHI, and WILLIMA HEWITT,

17                       Defendants.
                                    /
18

19

20     WHEREAS Plaintiff ROBERT I. HANFLING, CHAPTER 7 TRUSTEE FOR ATG,

21 INC. ("Plaintiff") filed a Complaint against DOREEN CHIU, FRANK CHIU, and DAVID

22 CHAN (collectively, "Defendants").

23     WHEREAS DAVID CHAN was served with the Complaint on July 14, 2005. Pursuant

24 to Rule 12(a)(2) of the Federal Rules of Civil Procedure, Mr. Chan's response is due on August

25 3, 2005. Plaintiff served Mr. and Mrs. Chiu on July 15, 2005. Their response is due on August

26 4, 2005.

27     WHEREAS counsel for the above-referenced parties stipulated to extend the time for

28 Defendants to file a response to the Complaint which extends through and includes October 3,

2005. The extension will enable Defendants to resolve various insurance coverage and representation issues, as well as permit Plaintiff to complete service on the other Defendants.

WHEREAS Civil L.R. 6-1(b) provides that the written stipulation requires a Court order because the extension will alter the initial disclosure deadlines and other preliminary deadlines previously set by the Court's Order Setting Initial Case Management Conference (the deadline for initial disclosures was July 25, 2005and the First Case Management Conference is scheduled for August 1, 2005).

IT IS HEREBY STIPULATED that the time for Defendants to file their answers to the Complaint is extended through and includes October 3, 2005.  Following execution of this Stipulation, counsel for Defendants shall promptly file it with the Court pursuant to Civil L.R. 5.

Dated:  August 2, 2005        GORDON & REES LLP

                              /s/ Amy Maclear
                              By:_____
                              AMY MACLEAR
                              Attorneys For Defendants
                              DOREEN CHIU, FRANK CHIU, and DAVID CHAN

Dated:  August 1, 2005        JACOBS PARTNERS LLC

                              /s/ Robert M. Fleischer
                              By:_____
                              ROBERT M. FLEISCHER
                              Attorneys For Plaintiff
                              ROBERT I. HANFLING, CHAPTER 7 TRUSTEE

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ORDER**

IT IS HEREBY ORDERED that Defendants may file a response to the Complaint on or before October 3, 2005. Defendants' written consent to Magistrate Judge Zimmerman's jurisdiction or alternatively, written request for reassignment to a district judge will accompany the responsive pleading.

August 3, 2005 

IT IS SO ORDERED
Judge Bernard Zimmerman

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111