| | |
|---|---|
| 1 | **JACOBS PARTNERS LLC** |
| | Mark R. Jacobs (*Pro Hac Vice*) |
| 2 | Robert M. Fleischer (*Pro Hac Vice*) |
| | Les L. Lane (*Pro Hac Vice*) |
| 3 | Merritt View |
| | 383 Main Avenue |
| 4 | Norwalk, Connecticut 06851 |
| | Telephone: (203) 846-6622 |
| 5 | Facsimile: (203) 846-6621 |
| 6 | **Attorneys for Robert I. Hanfling,** |
| | **Chapter 7 Trustee** |
| 7 | |
| | - and- |
| 8 | |
| | **BERLINER COHEN** |
| 9 | Jonathan D. Wolf (SB# 127043) |
| | Ten Almaden Boulevard, 11th Floor |
| 10 | San Jose, CA 95113 |
| | Telephone: (408) 286-5800 |
| 11 | Facsimile: (408) 998-5388 |
| 12 | **Local counsel for Plaintiff Robert I. Hanfling,** |
| | **Chapter 7 Trustee for ATG, Inc.** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 7 TRUSTEE FOR ATG, INC., | Case No.: C 05-01141 |
| Plaintiff, | |
| vs. | |
| DOREEN CHIU, FRANK CHIU, GEORGE DOUBLEDAY, DAVID CHAN, EDWARD VINECOUR, RIO CHAO, DAVID R. SEBASTIAN, JAMES E. THOMAS, DENNIS WILLIAMSON, ERIC C. SU, FRED FEIZOLLAHI, and WILLIAM HEWITT, | **ORDER GRANTING TELEPHONIC APPEARANCE AT AUGUST 8, 2005 CASE MANAGEMENT CONFERENCE** |
| Defendant(s) | |

1  IT IS HEREBY ORDERED that Robert M. Fleischer can appear telephonically at the Case
2  Management Conference on August 8, 2005 at 4:00 p.m.

*** END OF ORDER ***

August 3, 2005

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Robert M. Fleischer |
| 3 | Jacobs Partners LLC |
| 4 | 383 Main Avenue |
| 5 | Norwalk, CT 06851 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |