1 DION N. COMINOS (SBN: 136522)
ANDREW D. CASTRICONE (SBN: 154607)
2 AMY MACLEAR (SBN: 215638)
GORDON & REES LLP
3 Embarcadero Center West
275 Battery Street, Suite 2000
4 San Francisco, CA 94111
Telephone: (415) 986-5900
5 Facsimile: (415) 986-8054

6 Attorneys For: Defendants
DOREEN CHIU, FRANK CHIU, and DAVID CHAN
7
ROBERT M. FLEISCHER (*PRO HAC VICE*)
8 JACOB PARTNERS LLC
Merritt View
9 383 Main Avenue
Norwalk, Connecticut 06851
10 Telephone: (203) 846-6622
Facsimile: (203) 946-6621
11
-and-
12
JONATHAN D. WOLF (SBN: 127043)
13 BERLINER COHEN
Ten Almaden Boulevard, 11th Floor
14 San Jose, California 95113
Telephone: (408) 286-5800
15 Facsimile: (408)998-5388

16 Attorneys For: Plaintiff, Robert I. Hanfling,
Chapter 7 Trustee for ATG, Inc.
17
UNITED STATES DISTRICT COURT
18
NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 7 TRUSTEE FOR ATG, INC., | CASE NO. C 05-01141 MMC |
| Plaintiff | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT;** |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND VACATING CASE SCHEDULING ORDER** |
| DOREEN CHIU, FRANK CHIU, GEORGE DOUBLEDAY, DAVID CHAN, EDWARD VINECOUR, RIO CHAO, DAVID R. SEBASTIAN, JAMES E. THOMAS, DENNIS WILLIAMSON, ERIC C. SU, FRED FEIZOLLAHI, and WILLIMA HEWITT, | Complaint Filed: March 21, 2005 Case Management Conf: Nov. 18, 2005 |
| Defendants. | |

CG\1016744\917503.1

-1-
JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT AND VACATING CASE SCHEDULING ORDER (Case No. C 05-01141 MMC)

Plaintiff and Defendants Doreen Chiu, Frank Chiu, and David Chan ("Defendants") jointly submit this Case Management Conference Statement and Proposed Order for the Court's review and consideration.

## DESCRIPTION OF THE CASE

Plaintiff, the Chapter 7 Bankruptcy Trustee for ATG, Inc., brought this action on behalf of the bankruptcy estate against former ATG, Inc. officers and directors to redress various alleged breaches of fiduciary duties, duty of loyalty, duty of care, mismanagement, waste of corporate assets, and abuse of control. Plaintiff also seeks to recover profits alleged reaped by Defendants' usurpation of corporate information and opportunities.

At this time, only defendants Doreen Chiu, Frank Chiu and David Chan have been served and appeared in the action. For various reasons, Plaintiff has been unable to perfect service on the remaining defendants. At this time, Plaintiff seeks to move forward with the matter against the above-referenced appearing defendants.

## STIPULATED EXTENSION TO RESPOND TO COMPLAINT

The Defendants have not filed a response to the complaint. The parties and counsel have stipulated to an extension of time for Defendants to respond to the complaint so that Defendants may resolve their legal representation concerns brought about by Defendants' insurance carrier's recent announcement that it will no longer be providing a defense in the underlying action. Defendants now need additional time to retain new counsel. Plaintiff has graciously agreed to extend the time to file a response to the complaint up through and including **December 15, 2005**. Gordon & Rees LLP anticipates filing an executed Notice of Withdrawal of Counsel with the Court shortly.[1]

## REQUEST TO RESCHEDULE THE STATUS CONFERENCE AND VACATE THE CASE SCHEDULE

Due to the uncertainty surrounding the Defendants' future legal representation, the parties jointly request the current November 18, 2005 Case Management Conference be continued for at

---

[1] Defense counsel anticipates that it may be necessary for the withdrawal to be accomplished by a noticed motion.

least 60-days.  Similarly, the parties request the current Case Scheduling Order be vacated with a revised schedule to be determined at the next Case Management Conference.

Dated:  November 10, 2005      GORDON & REES LLP

                    /s/  Amy Maclear
               By:_____
                AMY MACLEAR
               Attorneys For Defendants
               DOREEN CHIU, FRANK CHIU, and DAVID CHAN

Dated:  November 10, 2005      JACOBS PARTNERS LLC

                    /s/  Robert M. Fleischer
               By:_____
                ROBERT M. FLEISCHER
               Attorneys For Plaintiff
               ROBERT I. HANFLING, CHAPTER 7 TRUSTEE

1
2                                                    **ORDER**
3
4    IT IS HEREBY ORDERED that Defendants may file a response to the Complaint on or
     before December 15, 2005.
5
6    IT IS FURTHER ORDERED that the November 18, 2005 Case Management Conference
7    is ~~taken off calendar and will be rescheduled for a time to be determined by the Court, and that
     the current Case Schedule is vacated.~~  is hereby continued to January 20, 2006 at 10:30
8    The parties shall file a joint case management statement no later than January 13,
     2006.
9
10                                                          _____
                                                            Hon. Maxine M. Chesney,
11                                                          U.S. District Court Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

12
13
...
28

-4-
JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT AND VACATING CASE SCHEDULING ORDER (Case No. C 05-01141 MMC)