IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. HANFLING, Chapter 7 Trustee for ATG, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DOREEN CHIU, et al., <br><br> Defendants. _____/ | No. C-05-1141 MMC <br><br> **ORDER SETTING BRIEFING SCHEDULE ON JOINT MOTION TO (1) VACATE TRIAL DATE, (2) ORDER EXTENSION OF TIME TO ANSWER AND (3) SET DEADLINE FOR PARTIES TO SUBMIT MODIFIED CASE MANAGEMENT PLAN** |

  Before the Court is the joint motion, filed February 7, 2007 by plaintiff Robert I. Hanfling and defendants Doreen Chiu, Frank Chiu, Rio Chao, and William Hewitt, for an order vacating the March 26, 2007 trial date, extending the deadline for William Hewitt to answer the complaint, and setting a deadline for the parties to submit a modified case management plan. Because the motion has not been noticed for a hearing date, nor has it been filed pursuant to any Civil Local Rule that provides for a briefing schedule, no deadline for the filing of an opposition has been established.

  Accordingly, it is hereby ORDERED that any opposition to the motion shall be filed no later than February 21, 2007. The Court will take the matter under submission on that date and will rule on the motion without a hearing unless, after reviewing any opposition, the Court determines a hearing would assist the Court.

  **IT IS SO ORDERED.**

Dated: February 8, 2007

                    MAXINE M. CHESNEY
                    United States District Judge