IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. HANFLING, Chapter 7 Trustee for ATG, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>DOREEN CHIU, et al.,<br><br>    Defendants. | No. C-05-1141 MMC<br><br>**ORDER GRANTING UNOPPOSED JOINT MOTION TO (1) VACATE TRIAL DATE, (2) ORDER EXTENSION OF TIME TO ANSWER AND (3) SET DEADLINE FOR PARTIES TO SUBMIT MODIFIED CASE MANAGEMENT PLAN**<br><br>(Docket No. 59) |

   Before the Court is the joint motion, filed February 7, 2007 by plaintiff Robert I. Hanfling and defendants Doreen Chiu, Frank Chiu, Rio Chao, and William Hewitt ("Hewitt"), for an order vacating the March 26, 2007 trial date, extending the deadline for Hewitt to answer the complaint, and setting a deadline for the parties to submit a modified case management plan. By order of the Court filed February 8, 2007, any opposition to the motion was required to be filed no later than February 21, 2007. To date, no opposition has been filed.

   For good cause shown, the motion is hereby GRANTED. The March 13, 2007 pretrial conference and March 26, 2007 trial date are hereby VACATED. The deadline for Hewitt to respond to the complaint is hereby EXTENDED to February 28, 2007. The parties shall appear for a case management conference on March 16, 2007 at 10:30 a.m.,

/ /

and shall file, no later than March 9, 2007, a joint case management statement setting forth a proposed amended trial schedule.

**IT IS SO ORDERED.**

Dated: February 22, 2007

                        MAXINE M. CHESNEY
                        United States District Judge