| | |
|---|---|
| 1 | **JACOBS PARTNERS LLC** |
| | Mark R. Jacobs (*Pro Hac Vice*) |
| 2 | Robert M. Fleischer (*Pro Hac Vice*) |
| | Les L. Lane (*Pro Hac Vice*) |
| 3 | Merritt View |
| | 383 Main Avenue |
| 4 | Norwalk, Connecticut 06851 |
| | Telephone: (203) 846-6622 |
| 5 | Facsimile: (203) 846-6621 |
| | Email: uscand.filings@jacobs-partners.com |
| 6 | |
| | **Attorneys for Plaintiff Robert I. Hanfling,** |
| 7 | **Chapter 7 Trustee** |
| 8 | -and- |
| 9 | **BERLINER COHEN** |
| | Jonathan D. Wolf (SBN # 127043) |
| 10 | Ten Almaden Voulevard, 11th Floor |
| | San Jose, California 95113 |
| 11 | Telephone: (408) 286-5800 |
| | Facsimile" (408) 998-5388 |
| 12 | |
| | **Local Counsel for Plaintiff Robert I. Hanfling,** |
| 13 | **Chapter 7 Trustee** |
| 14 | - and- |
| 15 | **LAW OFFICES OF BARON J. DREXEL** |
| | Baron J. Drexel (SBN # 132529) |
| 16 | Madison Square Professional Center |
| | 212 Ninth Street, Suite 401 |
| 17 | Oakland, CA 94607 |
| | Telephone: (510) 444-3184 |
| 18 | Facsimile: (510) 444-3181 |
| | Email: drexlex@sbcglobal.net |
| 19 | |
| | **Attorney for Defendants Doreen Chiu, Frank Chiu and** |
| 20 | **Rio Chao** |
| 21 | - and- |
| 22 | **LAW OFFICES OF MICHAEL L. ZIGLER** |
| | Michael L. Zigler (SBN 122679) |
| 23 | 639 Front Street, 4th Floor |
| | San Francisco, CA 94111 |
| 24 | Telephone: (415) 982-2200 |
| | Facsimile: (415) 982-2212 |
| 25 | Email: mzigler@ziglerlaw.com |
| 26 | **Attorney for Defendant William Hewitt** |
| 27 | **** CAPTION CONTINUED ON FOLLOWING PAGE***** |

RECEIVED

E-filing

Joint Pre-Conference Case
Management Statement

03/16/2007  14:53    20384    21                                              PAGE  03

David Chan (Pro Se)
1603 S. Lake Stickney Drive
Lynwood, WA 98037
Tel: (425) 672-8382
Fax: (425) 771-3780

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 7 TRUSTEE FOR ATG, INC., <br><br>Plaintiff, <br><br>DOREEN CHIU, FRANK CHIU, GEORGE DOUBLEDAY, DAVID CHAN, EDWARD VINECOUR, RIO CHAO, DAVID R. SEBASTIAN, JAMES E. THOMAS, DENNIS WILLIAMSON, ERIC C. SU, FRED FEIZOLLAHI, and WILLIAM HEWITT, <br><br>Defendant(s) | Case No.: C 05-01141 (MMC) <br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION** <br><br>March 16, 2007 |

In accordance with Federal Rule of Civil Procedure 41(a), Plaintiff Robert I. Hanfling, Chapter 7 Trustee for ATG, Inc. ("Plaintiff") and defendants Doreen Chiu, Frank Chiu, Rio Chao, David Chan and William Hewitt hereby stipulate to dismissal of all claims pending in this case with prejudice and with each party to bear its own costs and attorneys fees.

Plaintiff further agrees to the dismissal of this action as to any and all other defendants named in this action.

JACOBS PARTNERS LLC

Counsel for Robert I. Hanfling,
Chapter 7 Trustee

Mark R. Jacobs
Robert M. Fleischer
Leslie L. Lane
Merritt View
383 Main Avenue
Norwalk, CT 06851

2

Joint Pre-Conference Case
Management Statement

```
 1                                    Tel: 203.846.6622
                                      Fax: 203.846.6621
 2
                                           ~ and ~
 3
 4                                    LAW OFFICES OF BARON J. DREXEL
                                      Counsel for Doreen Chiu, Frank Chiu &
 5                                    Rio Chao

 6
                                      [signature: Baron J. Drexel]
 7                                    _____
                                      Baron J. Drexel
 8                                    212 Ninth Street, Suite 401
                                      Oakland, CA 94607
 9                                    Tel: 510.444.3184
                                      Fax: 510.444.3181
10

11                                         ~ and ~

12                                    LAW OFFICES OF MICHAEL L. ZIGLER
                                      Counsel for William Hewitt
13

14                                    _____
                                      Michael L. Zigler (SBN # 122679)
15                                    639 Front Street, 4th Floor
                                      San Francisco, CA 94111
16                                    Tel: (415) 982-2200
                                      Fax: (415) 982-2212
17                                    LAW OFFICES OF MICHAEL L. ZIGLER
                                      Counsel for William Hewitt
18

19                                         ~ and ~

20
                                      David Chan
21

22                                    _____
                                      David Chan
23                                    1603 S. Lake Stickney Drive
                                      Lynwood, WA 98037
24                                    Tel: (425) 672-8382
                                      Fax: (425) 771-3780
25
    THE FOREGOING STIPULATION IS APPROVED AND
26  IT IS SO ORDERED.

27
    Dated: _____           _____
28                                    Hon. Maxine M. Chesney,
                                      U.S. District Court Judge
```

Tel: 203.846.6622
Fax: 203.846.6621

~ and ~

LAW OFFICES OF BARON J. DREXEL
Counsel for Doreen Chiu, Frank Chiu & Rio Chao

March 16, 2007

_____
Baron J. Drexel
212 Ninth Street, Suite 401
Oakland, CA 94607
Tel: 510.444.3184
Fax: 510.444.3181

~ and ~

LAW OFFICES OF MICHAEL L. ZIGLER
Counsel for William Hewitt

_____
Michael L. Zigler (SBN # 122679)
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 982-2200
Fax: (415) 982-2212
LAW OFFICES OF MICHAEL L. ZIGLER
Counsel for William Hewitt

~ and ~

David Chan

_____
David Chan
1603 S. Lake Stickney Drive
Lynwood, WA 98037
Tel: (425) 672-8382
Fax: (425) 771-3780

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: _____    _____
Hon. Maxine M. Chesney,
U.S. District Court Judge

3

```
 1                                              Tel: 203.846.6622
                                                Fax: 203.846.6621
 2
                                                    -- and --
 3
 4                                              LAW OFFICES OF BARON J. DREXEL
                                                Counsel for Doreen Chiu, Frank Chiu &
 5                                              Rio Chao

 6

 7
                                                _____
 8                                              Baron J. Drexel
                                                212 Ninth Street, Suite 401
 9                                              Oakland, CA 94607
                                                Tel: 510.444.3184
10                                              Fax: 510.444.3181

11                                                  -- and --

12                                              LAW OFFICES OF MICHAEL L. ZIGLER
                                                Counsel for William Hewitt
13          March 16, 2007
14
                                                Michael L. Zigler (SBN # 122679)
15                                              639 Front Street, 4th Floor
                                                San Francisco, CA 94111
16                                              Tel: (415) 982-2200
                                                Fax: (415) 982-2212
17                                              LAW OFFICES OF MICHAEL L. ZIGLER
                                                Counsel for William Hewitt
18

19                                                  -- and --

20          MARCH 16, 2007       David Chan

21

22                                              _____
                                                David Chan
23                                              1603 S. Lake Stickney Drive
                                                Lynwood, WA 98037
24                                              Tel: (425) 672-8382
                                                Fax: (425) 771-3780
25
   THE FOREGOING STIPULATION IS APPROVED AND
26 IT IS SO ORDERED.

27 Dated:  APR 0 9 2007       _____
                              Hon. Maxine M. Chesney.
28                            U.S. District Court Judge
```

Hanfling v. Chiu, et al.                                         Case No. C 05-01141 (MMC)

## CERTIFICATE OF SERVICE

I, Rebecca Revelez, declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of Berliner Cohen, and my business address is Ten Almaden Boulevard, Suite 1100, San Jose, California 95113-2233. On April 5, 2007, I served the following document(s):

**STIPULATION AND ORDER OF DISMISSAL OF ACTION**

in the following manner:

[ ]  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of _____. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

[ ]  by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Les L. Lane, Esq.
Mark R. Jacobs, Esq.
Robert M. Fleischer, Esq.
Jacobs Partners, LLC
Merritt View
383 Main Ave.
Norwalk, CT  06851

Baron J. Drexel
Law Offices of Baron J. Drexel
212 Ninth St., Ste. 401
Oakland, CA  94706

David Chan
1603 So. Lake Stickney Dr.
Lynwood, WA  98037

Michael L. Zigler, Esq.
Law Offices of Michael L. Zigler
639 Front St., 4th Fl.
San Francisco, CA  94111

I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service/Express Mail, Federal Express and other overnight mail services, to wit, that correspondence will be deposited with the United States Postal Service/overnight mail service this same day in the ordinary course of business.

Executed on April 5, 2007, at San Jose, California.

REBECCA REVELEZ